IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02139-MSK-CBS

NALLIN RACING HEAD SERVICES LLC,
AARON WILSON, and
SUSAN WILSON,

        Plaintiffs,

v.

BRIAN NALLIN,
REVOLUTION PERFORMANCE LLC,
MILLENNIUM TECHNOLOGIES,
CHRISTOPHER HACKL, and
OTHER PERSONS NOT YET KNOWN TO PLAINTIFFS,

        Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice, each party paying his, her, or its own attorney fees and costs.

**IT IS THEREFORE ORDERED** that this all claims and counterclaims are dismissed with prejudice.  Each party shall pay his, her, or its own attorney fees and costs.

Dated this 25th day of January, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge